**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

HEATHER M. McKEON, ESQ.; STATE BAR NO.: 186414
Email: hmckeon@tharpe-howell.com
SARAH J. REYNOLDS, ESQ.; STATE BAR NO.: 299510
Email: sreynolds@tharpe-howell.com

Attorneys for Defendant,
STATE FARM GENERAL INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VAROUJAN BABIKIAN, an individual,<br><br>                     Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>                     Defendants. | Case No. 5:24-cv-01226 JGB (SHKx)<br>[Riverside Superior Court Case No.: RCSC CVPS2403001]<br><br>Complaint Filed: May 3, 2024<br><br>**ORDER APPROVING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>District Judge Jesus G. Bernal<br>Magistrate Judge Shashi H. Kewalramani |

The Court, having reviewed the joint stipulation requesting voluntary dismissal of this action with prejudice, as executed by the above-captioned parties' counsel of record, and good cause appearing thereon, hereby ORDERS as follows:

1. Plaintiff VAROUJAN BABIKIAN'S ("Plaintiff") action before this Court, which has been designated as Case Number 5:24-cv-01226 JGB (SHKx) is **DISMISSED, with prejudice**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as to all of Plaintiff's claims for relief against Defendant STATE FARM GENERAL INSURANCE COMPANY.

///

2. Each party shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

Dated: March 4, 2025

Honorable Jesus G. Bernal
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

   **[PROPOSED] ORDER APPROVINT JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| Talin Yacoubian, Esq.<br>YACOUBIAN & POWELL, LLP<br>725 South Figueroa Street<br>Suite 1750<br>Los Angeles, CA 90017<br>Telephone: (213) 955-7145<br>Facsimile: (213) 955-7146<br>talin@yplawfirm.net | Attorney for Plaintiff VAROUJAN BABIKIAN |
|---|---|

5. a **X**    **BY ELECTRONIC TRANSMISSION.** By filing through the Court's CM/ECF system, which resulted in the generation of a Notice of Electronic Filing (NEF) confirming service on all registered CM/ECF users, including the person(s) listed above in item 4. Fed.R.Civ.P. 5(b)(2)(E), Central District Local Rule 5-3.2.

   b ___    **BY ELECTRONIC TRANSMISSION.** By e-mailing the document to the person at the e-mail address listed in item 4 pursuant to prior written consent of the party served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See Below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 3/3/2025 | Lizzette Chirinos | /s/ |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\34000-000\34847\Pleadings\Federal\2025 02-28 Stip to dismiss order.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221